# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSSIO & ASSOCIATES, A Professional Law Corporation<br><br>            Appellant<br><br>Vs.<br><br>DAVID GOTTLIEB, Chapter 7 Trustee<br><br>           Appellee | *Cv 13-8648 DSF* |

## ORDER

The Court having reviewed The Stipulation re: Dismissal filed jointly by Appellant, Bossio & Associates, A Professional Law Corporation and David Gottlieb, Chapter 7 Trustee, and good cause appearing thereof, it is HEREBY ORDERED THAT the Stipulation is approved and the Appeal is hereby: DISMISSED.

DATED: April 18, 2014

_____
DALE S. FISCHER, UNITED STATES DISTRICT JUDGE